**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | **:** | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | **:** | |
| **PREMPRO PRODUCTS LIABILITY** | **:** | |
| **LITIGATION** | **:** | **All Cases in Exhibit A** |

## ORDER

The Joint Motion to Dismiss Certain Defendants pending in the cases listed in Exhibit A

are GRANTED.  Accordingly, American College of Physicians, the National Committee for

Quality Assurance and the American College of Gynecologists and Obstetricians are

DISMISSED.

IT IS SO ORDERED this16th day of January, 2009.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

1

**EXHIBIT A**

4:08-cv-03717-WRW  Conner et al v. American Home Products Corporation et al

4:08-cv-03718-WRW  Cook v. American Home Products Corporation et al

4:08-cv-03719-WRW  Cook v. American Home Products Corporation et al

4:08-cv-03720-WRW  Cook v. American Home Products Corporation et al

4:08-cv-03722-WRW  Copley et al v. American Home Products Corporation et al

4:08-cv-03723-WRW  Cornell v. American Home Products Corporation et al

4:08-cv-03724-WRW  Coulter v. American Home Products Corporation et al

4:08-cv-03725-WRW  Counts v. American Home Products Corporation et al

4:08-cv-03726-WRW  Crance et al v. American Home Products Corporation et al

4:08-cv-03727-WRW  Cremeans et al v. American Home Products Corporation et al

4:08-cv-03728-WRW  Cumbridge v. American Home Products Corporation et al

4:08-cv-03729-WRW  Curry v. American Home Products Corporation et al

4:08-cv-03732-WRW  Day v. American Home Products Corporation et al

4:08-cv-03734-WRW  Deknight v. American Home Products Corporation et al

4:08-cv-03735-WRW  Delp et al v. American Home Products Corporation et al

4:08-cv-03736-WRW  Dennison et al v. American Home Products Corporation et al

4:08-cv-03737-WRW  Deskins et al v. American Home Products Corporation et al

4:08-cv-03738-WRW  Deskins et al v. American Home Products Corporation et al

4:08-cv-03739-WRW  Dienes et al v. American Home Products Corporation et al

4:08-cv-03740-WRW  Dingess et al v. American Home Products Corporation et al

4:08-cv-03741-WRW  Doczi et al v. American Home Products Corporation et al

4:08-cv-03742-WRW  Dotson et al v. American Home Products Corporation et al

4:08-cv-03743-WRW  Douglas et al v. American Home Products Corporation et al

4:08-cv-03744-WRW  Duffield et al v. American Home Products Corporation et al

4:08-cv-03745-WRW  Duffey v. American Home Products Corporation et al

4:08-cv-03746-WRW  Eads v. American Home Products Corporation et al

4:08-cv-03747-WRW  Durham et al v. American Home Products Corporation et al

4:08-cv-03748-WRW  Earl v. American Home Products Corporation et al

4:08-cv-03750-WRW  Edwards v. American Home Products Corporation et al

4:08-cv-03753-WRW  Enrietti et al v. American Home Products Corporation et al

4:08-cv-03754-WRW  Farris et al v. American Home Products Corporation et al

4:08-cv-03755-WRW  Fauber et al v. American Home Products Corporation et al

4:08-cv-03757-WRW  Evans v. American Home Products Corporation et al

4:08-cv-03759-WRW  Fisher v. American Home Products Corporation et al

4:08-cv-03761-WRW  Fisher et al v. American Home Products Corporation et al

4:08-cv-03762-WRW  Fisher v. American Home Products Corporation et al

4:08-cv-03763-WRW  Fleming v. American Home Products Corporation et al

4:08-cv-03764-WRW  Forbes v. American Home Products Corporation et al

4:08-cv-03767-WRW  Frye et al v. American Home Products Corporation et al

4:08-cv-03768-WRW  Furman et al v. American Home Products Corporation et al

4:08-cv-03769-WRW  Gandee v. American Home Products Corporation et al

4:08-cv-03770-WRW  Garrison v. American Home Products Corporation et al

4:08-cv-03771-WRW  Gibbs et al v. American Home Products Corporation et al

4:08-cv-03772-WRW  Ginn et al v. American Home Products Corporation et al

4:08-cv-03773-WRW  Gill v. American Home Products Corporation et al

4:08-cv-03775-WRW  Godwin et al v. American Home Products Corporation et al

4:08-cv-03777-WRW  Goodman et al v. American Home Products Corporation et al

4:08-cv-03778-WRW   Gould et al v. American Home Products Corporation et al

4:08-cv-03780-WRW   Graham v. American Home Products Corporation et al

4:08-cv-03781-WRW   Granato et al v. American Home Products Corporation et al

4:08-cv-03782-WRW   Gray et al v. American Home Products Corporation et al

4:08-cv-03783-WRW   Green et al v. American Home Products Corporation et al

4:08-cv-03784-WRW   Green et al v. American Home Products Corporation et al

4:08-cv-03785-WRW   Green et al v. American Home Products Corporation et al

4:08-cv-03786-WRW   Grim et al v. American Home Products Corporation et al

4:08-cv-03787-WRW   Haga et al v. American Home Products Corporation et al

4:08-cv-03789-WRW   Hager v. American Home Products Corporation et al

4:08-cv-03793-WRW   Hamon et al v. American Home Products Corporation et al

4:08-cv-03794-WRW   Hardy v. American Home Products Corporation et al

4:08-cv-03797-WRW   Harman et al v. American Home Products Corporation et al

4:08-cv-03798-WRW   Harper v. American Home Products Corporation et al

4:08-cv-03799-WRW   Harris v. American Home Products Corporation et al

4:08-cv-03800-WRW   Harford v. American Home Products Corporation et al

4:08-cv-03801-WRW   Hartley et al v. American Home Products Corporation et al

4:08-cv-03804-WRW   Hayden et al v. American Home Products Corporation et al

4:08-cv-03805-WRW   Haynes et al v. American Home Products Corporation et al

4:08-cv-03806-WRW   Henrich v. American Home Products Corporation et al

4:08-cv-03807-WRW   Henson et al v. American Home Products Corporation et al

4:08-cv-03918-WRW   Samples v. American Home Products Corporation et al

4:08-cv-03927-WRW   Scarbro et al v. American Home Products Corporation et al

4:08-cv-03928-WRW   Schmidt et al v. American Home Products Corporation et al

4:08-cv-03929-WRW  Schagat et al v. American Home Products Corporation et al

4:08-cv-03930-WRW  Schaffer et al v. American Home Products Corporation et al

4:08-cv-03931-WRW  Schultz et al v. American Home Products Corporation et al

4:08-cv-03932-WRW  Scott et al v. American Home Products Corporation et al

4:08-cv-03933-WRW  Seabolt et al v. American Home Products Corporation et al

4:08-cv-03934-WRW  Sexton et al v. American Home Products Corporation et al

4:08-cv-03935-WRW  Shaffer et al v. American Home Products Corporation et al

4:08-cv-03936-WRW  Shamblin et al v. American Home Products Corporation et al

4:08-cv-03937-WRW  Shiels v. American Home Products Corporation et al

4:08-cv-03939-WRW  Shumar v. American Home Products Corporation et al

4:08-cv-03940-WRW  Siders et al v. American Home Products Corporation et al

4:08-cv-03942-WRW  Simpson et al v. American Home Products Corporation et al

4:08-cv-03944-WRW  Smith et al v. American Home Products Corporation et al

4:08-cv-03945-WRW  Smith v. American Home Products Corporation et al

4:08-cv-03947-WRW  Sloan et al v. American Home Products Corporation et al

4:08-cv-03948-WRW  Skaggs v. American Home Products Corporation et al

4:08-cv-03949-WRW  Smith v. American Home Products Corporation et al

4:08-cv-03950-WRW  Spainhour et al v. American Home Products Corporation et al

4:08-cv-03951-WRW  Smith et al v. American Home Products Corporation et al

4:08-cv-03952-WRW  Stamper et al v. American Home Products Corporation et al

4:08-cv-03955-WRW  Stanley v. American Home Products Corporation et al

4:08-cv-03957-WRW  Starr v. American Home Products Corporation et al

4:08-cv-03958-WRW  Steele et al v. American Home Products Corporation et al

4:08-cv-03959-WRW  Steen et al v. American Home Products Corporation et al

4:08-cv-03961-WRW   Stroehman et al v. American Home Products Corporation et al

4:08-cv-03964-WRW   Stowers et al v. American Home Products Corporation et al

4:08-cv-03966-WRW   Summerville v. American Home Products Corporation et al

4:08-cv-03968-WRW   Sutphin v. American Home Products Corporation et al

4:08-cv-03970-WRW   Sweeney et al v. American Home Products Corporation et al

4:08-cv-03972-WRW   Taisacan v. American Home Products Corporation et al

4:08-cv-03974-WRW   Talbert v. American Home Products Corporation et al

4:08-cv-03976-WRW   Taylor v. American Home Products Corporation et al

4:08-cv-03978-WRW   Taylor v. American Home Products Corporation et al

4:08-cv-03980-WRW   Taylor v. American Home Products Corporation et al

4:08-cv-03984-WRW   Tenney et al v. American Home Products Corporation et al

4:08-cv-03986-WRW   Thomas et al v. American Home Products Corporation et al

4:08-cv-03990-WRW   Thompson et al v. American Home Products Corporation et al

4:08-cv-03992-WRW   Thompson et al v. American Home Products Corporation et al

4:08-cv-03994-WRW   Traeger v. American Home Products Corporation et al

4:08-cv-03995-WRW   Tooley et al v. American Home Products Corporation et al

4:08-cv-03996-WRW   Murphy v. American Home Products Corporation et al

4:08-cv-04000-WRW   Tomblin v. American Home Products Corporation et al

4:08-cv-04003-WRW   Tilson et al v. American Home Products Corporation et al

4:08-cv-04005-WRW   Tilley et al v. American Home Products Corporation et al

4:08-cv-04007-WRW   Tickle v. American Home Products Corporation et al

4:08-cv-04008-WRW   Turley et al v. American Home Products Corporation et al

4:08-cv-04009-WRW   Upton et al v. American Home Products Corporation et al

4:08-cv-04013-WRW   Tuttle v. American Home Products Corporation et al

4:08-cv-04015-WRW   Tucker et al v. American Home Products Corporation et al

4:08-cv-04017-WRW   Utt et al v. American Home Products Corporation et al

4:08-cv-04019-WRW   Truman et al v. American Home Products Corporation et al

4:08-cv-04024-WRW   Vance et al v. American Home Products Corporation et al

4:08-cv-04025-WRW   Vice et al v. American Home Products Corporation et al

4:08-cv-04027-WRW   Walker et al v. American Home Products Corporation et al

4:08-cv-04028-WRW   Wallace et al v. American Home Products Corporation et al

4:08-cv-04030-WRW   Walker et al v. American Home Products Corporation et al

4:08-cv-04033-WRW   Waller v. American Home Products Corporation et al

4:08-cv-04038-WRW   Ward et al v. American Home Products Corporation et al

4:08-cv-04041-WRW   Watt et al v. American Home Products Corporation et al

4:08-cv-04044-WRW   Watts et al v. American Home Products Corporation et al

4:08-cv-04046-WRW   Weaver et al v. American Home Products Corporation et al

4:08-cv-04049-WRW   Weaver et al v. American Home Products Corporation et al

4:08-cv-04050-WRW   Weekley v. American Home Products Corporation et al

4:08-cv-04052-WRW   Weis et al v. American Home Products Corporation et al

4:08-cv-04055-WRW   Westfall v. American Home Products Corporation et al

4:08-cv-04058-WRW   Wheeler et al v. American Home Products Corporation et al